IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ISABELLE K. et al.**, | **CIVIL ACTION** |
| Plaintiffs, | |
| v. | **NO. 2:19-5517-KSM** |
| **MANHEIM TOWNSHIP SCHOOL DISTRICT**, | |
| Defendant. | |

## ORDER

**AND NOW**, this 26th day of January, 2022, it is **ORDERED** that Plaintiffs' Amended Motion for Judgment on the Administrative Record (Doc. No. 33) is **DENIED**.[1] The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] Prior to this motion being filed, the Clerk of Court construed Plaintiffs' Statement of Undisputed Facts in Support of their Motion for Judgment on the Administrative Record (Doc. No. 23) as a Motion for Judgment on the Administrative Record. To the extent that motion is still considered pending, this Order shall terminate that motion, as well.